IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, PAINTERS DISTRICT COUNCIL NO. 58 FRINGE BENEFIT FUNDS, PAINTERS DISTRICT COUNCIL NO. 58 401(k) TRUST FUND, and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, <br><br> Plaintiffs, <br><br>vs. <br><br>RINTOUL PAINTING, INC. and GINA R. RINTOUL, Individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) No. 12-cv-78-JPG-DGW ) ) ) ) ) ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Default Judgment (Doc. 43) against Defendant Rintoul Painting, Inc.

After careful consideration of the motion and the record in this case, it appearing that Defendant Rintoul Painting, Inc., having been duly served with Summons and a copy of the Complaint, failed to appear, plead or otherwise defend in this action and that the Clerk has entered a default against Defendant Rintoul Painting, Inc., the Court **GRANTS** the Motion for Default Judgment (Doc. 43) and **DIRECTS** the Clerk of the Court to enter judgment in favor of Plaintiffs and against Defendant Rintoul Painting, Inc. as follows:

| **Judgment in favor of:** | **Judgment in the amount of:** | |
|---|---|---|
| Illinois State Painters Welfare Fund | Delinquent contributions | $13,952.10 |
| | Liquidated damages | $4,154.08 |
| | Minus payments received | ($3,370.17) |
| | Attorney fees and costs | $5,022.82 |
| | **Total to Welfare Fund** | **$19,758.83** |

| Painters District Council No. 58 Fringe Benefit Funds and Painters District Council No. 58 401(k) Trust Fund | Delinquent contributions | $10,553.90 |
| --- | --- | --- |
| | Liquidated damages | $1,055.39 |
| | Minus payments received | ($2,549.80) |
| | Attorney fees and costs | $3,265.02[1] |
| | **Total to Fringe Benefit Funds** | **$12,324.51[2]** |
| International Union of Painters and Allied Trades Industry Pension Fund | Delinquent contributions | $18,699.20 |
| | Liquidated damages | $3,739.84 |
| | Interest | $397.57 |
| | Minus payments received | ($4,517.22) |
| | Attorney fees and costs | $2,393.30 |
| | **Total to Pension Fund** | **$20,712.69** |

Judgment for each Plaintiff shall also include the production by Defendant Rintoul Painting, Inc., of all its payroll records for the time period of January 1, 2008, through the present, for the purpose of determining the accuracy of contributions that may have been made or whether contributions may be owed to each Plaintiff. The hearing currently set for January 30, 2014, is **VACATED**.

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**

**Dated this 29th day of January, 2014.**

---

[1] The Court notes that the amounts requested in Plaintiffs' Motion for Default Judgment as well as the amounts calculated in Plaintiffs' Amended Affidavit in Support of Attorney Fees vary in some minor respects with the amounts awarded in this Order due to mathematical errors.

[2] *Id.*